UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO: 7:13-CR-00035-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| KEVIN WADE | ) | |
| | ) | |

This matter is before the court on defendant motion's for a psychiatric or psychological examination pursuant to 18 U.S.C. §§ 4241 and 4242 and motion to seal that motion. For reasonable cause shown, the motion for an examination is ALLOWED. It is therefore ORDERED that:

1. The defendant be examined by at least one qualified psychiatrist or psychologist under the provisions of 18 U.S.C. § 4241 to determine whether defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense and under the provisions of 18 U.S.C. § 4242 to determine defendant's sanity at the time of the offenses charged. The examining psychiatrist or psychologist shall prepare a written report containing the information designated in 18 U.S.C. § 4247(c)(1), (2), (3), and (4)(A), (B). The report shall be filed with the court and copies served on counsel for defendant and the United States Attorney as provided by 18 U.S.C. § 4247(c).

2. Pursuant to 18 U.S.C. § 4247(b), defendant is hereby committed to the custody of the Attorney General for a period of thirty (30) days from the date of this order. The study ordered

herein shall be completed and the report shall be filed within thirty (30) days from the date of this order.

3. This matter is hereby set for hearing pursuant to 18 U.S.C. §§ 4241(c) and 4247(d) at 9:00 a.m. on 7 November 2013 in Courtroom 2, United States Courthouse and Federal Building, 310 New Bern Avenue, Raleigh, North Carolina. Defendant must be present in the courtroom, but any witnesses from a Federal Medical Center may appear by videoconference. If any witness will be appearing by videoconference, counsel for the party calling the witness to testify shall file a notice to that effect at least five (5) business days before the hearing.

4. Arraignment and trial are CONTINUED to 2 December 2013. Pursuant to 18 U.S.C. § 3161(h)(1)(A), the delay occasioned by this continuance is excluded from speedy trial computation.

5. For good cause shown, the motion to seal is ALLOWED.

This 17 September 2013.

_____
W. Earl Britt
Senior U.S. District Judge